UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>    v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC.,<br><br>      Defendants. | C.A. No. 96-10804-DPW<br>Case Numbers:<br>1:04-CV-10648-DPW<br>(Abarca Bostik Site)<br>1:04-CV-10649-DPW<br>(Alwell Asbestos)<br>1:04-CV-10668-DPW<br>(Maritime Asbestos)<br>1:04-CV-10669-DPW<br>(Maritime Hearing Loss)<br>1:04-CV-10676-DPW<br>(Pennsylvania Benzene)<br>1:04-CV-10665-DPW<br>(PAS Fulton)<br>1:04-CV-10675-DPW<br>(PAS Oswego)<br>1:04-CV-10670-DPW<br>(Medway) |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE
TO FILE MEMORANDUM OF LAW
IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), plaintiff, Liberty Mutual Insurance

Company ("Liberty Mutual"), hereby moves this Court for an Order granting

Liberty Mutual leave to file Liberty Mutual's Memorandum Of Law In Support Of

Its Opposition to  Black & Decker's Motions for an Award of Prejudgment Interest

and Attorneys' Fees With Respect To The Abarca Bostik, Alwell Asbestos, Maritime

Asbestos, Maritime Hearing Loss, Pennsylvania Benzene, PAS Fulton, PAS Oswego

and Medway sites, which exceeds twenty pages in length.

As grounds for the instant motion, Liberty Mutual states that a significant

number of legal and factual issues must be addressed in the opposition

- 2 -

memorandum, which addresses both of Black & Decker's motions.  Liberty Mutual

respectfully submits that a memorandum of law exceeding twenty pages in length is

necessary in order to provide a full explication of these issues to the Court.  The

Defendants have assented to this motion.

WHEREFORE, Liberty Mutual respectfully requests that this Court issue an

Order granting Liberty Mutual leave to file its Memorandum Of Law In Opposition

to Black & Decker's Motions for an Award of Prejudgment Interest and for

Attorneys' Fees With Respect To The Five Long-Term Exposure Claims and the

PAS Fulton, PAS Oswego, and Medway Sites in a form exceeding twenty pages in

length.

LIBERTY MUTUAL INSURANCE COMPANY

By its attorneys,


_____/s/ Janice Kelley Rowan_____
Ralph T. Lepore III (BBO #294420)
Janice Kelley Rowan (BBO #265520)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  November 16, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for defendants, Richard Binder, on November 16, 2004, and Mr. Binder assented to the filing of this motion.

_____/s/ Janice Kelley Rowan_____
Janice Kelley Rowan

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2004, I caused a copy of the foregoing motion to be served by hand upon counsel for defendants, Jack R. Pirozzolo, at Willcox, Pirozzolo and McCarthy, P.C., 50 Federal Street, Boston, MA 02110.

/s/ Janice Kelley Rowan
Janice Kelley Rowan

# 2400248_v1