UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br> v. <br><br> THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 1:04-CV-10649-DPW |

### STIPULATION OF DISMISSAL
(Alwell Asbestos)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims and counterclaims in the captioned action are hereby dismissed, with prejudice, without costs, and with all rights of appeal waived.

|  |  |
|---|---|
| | Respectfully submitted, |
| LIBERTY MUTUAL INSURANCE COMPANY | THE BLACK & DECKER CORPORATION, ET ALS. |
| By its Attorneys, | By their Attorneys, |

*[signature]*                             *[signature]*

Ralph T. Lepore, III (BBO #294420)    Jack R. Pirozzolo (BBO #400400)
HOLLAND & KNIGHT LLP             Richard L. Binder (BBO #043240)
10 St. James Avenue                   WILLCOX, PIROZZOLO &
Boston, MA 02116                      MCCARTHY
(617) 523-2700                        Professional Corporation
                                       50 Federal Street
                                       Boston, Massachusetts 02110
                                       (617) 482-5470

Dated: March 24, 2005

# 2589414_v1

I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on

_3-24-05_ By Hand / By Mail

*[signature]*